

## IN THE
## TENTH COURT OF APPEALS

### No. 10-09-00336-CR

LINDA GALE COLEMAN,

                                       **Appellant**

 v.

THE STATE OF TEXAS,

                                       **Appellee**

**From the 278th District Court**
**Leon County, Texas**
**Trial Court No. CM-08-400**

### MEMORANDUM OPINION

Linda Coleman made an open plea of guilty to possession of cocaine in an amount greater than 4 grams but less than 200 grams. TEX. HEALTH & SAFETY CODE ANN. § 481.115(a), (d) (Vernon 2010). The trial court sentenced her to seven years in prison. We affirm.

Coleman's sole issue on appeal is that the trial court erred in excluding evidence of the opinion of the probation officer who prepared the Pre-sentence Investigation report. Specifically, Coleman complains that she was denied the right to present opinion testimony on her likelihood of successfully completing probation.

At the punishment hearing, the probation officer was asked if she could form an opinion about whether or not she believed Coleman could successfully complete probation. The State objected; and after an explanation by the State, the trial court sustained the objection. No offer of proof was made as to what the probation officer's answer would have been. Absent a showing of what such testimony would have been, or an offer of a statement concerning what the excluded evidence would show, nothing is presented for review. *Guidry v. State*, 9 S.W.3d 133, 153 (Tex. Crim. App. 1999). Accordingly, Coleman's sole issue is overruled.

The trial court's judgment is affirmed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Affirmed
Opinion delivered and filed September 1, 2010
Do not publish
[CR25]